# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2008

136175

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AUTO CLUB GROUP INSURANCE
COMPANY,
    Plaintiff-Appellant,

v

SC: 136175
COA: 279537
Midland CC: 06-001195-CK

ZACHARIAH M. BRALEY, a developmentally
disabled person, by his court-appointed guardian,
ROBERT J. BRALEY, JR., MIDLAND
COUNTY EDUCATION SERVICE AGENCY,
MIDLAND PUBLIC SCHOOL DISTRICT,
MARK MOODY, MICHELLE RENEE MILLER,
WAYNE STUART DRAVES, CHRISTOPHER
COLIN MOE, JAMES ROBERT MOE, and
SANDRA ELAINE MOE,
    Defendants-Appellees.

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2008

_____
Clerk

p0806